147 F.3d 1168w
 28 Envtl. L. Rep. 21,467, 98 Cal. Daily Op.
Serv. 5334,
98 Daily Journal D.A.R. 10,785,
98 Daily Journal D.A.R. 7484
 MARICOPA-STANFIELD IRRIGATION AND DRAINAGE DISTRICT, a
Municipal Corporation of the State of Arizona; Central
Arizona Irrigation and Drainage District, a Municipal
Corporation of the State of Arizona; and New Magma
Irrigation & Drainage District, a Municipal Corporation of
the State of Arizona, Plaintiffs/Appellees,
v.
UNITED STATES of America, Defendant/Appellant.
 No. 97-16432.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted May 12, 1998.
Decided July 7, 1998.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION